**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | Case No. 14-00166-15-CR-W-GAF |
| ) | |
| **ALEJANDRO SALAS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On April 13, 2016, Defendant appeared pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(j)(27), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(B) to the charge of conspiracy to distribute and possess with intent to distribute 50 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a lesser included offense of Count One of the Superseding Indictment before Chief United States Magistrate Judge Sarah W. Hays. On April 20, 2016, Judge Hays issued her Report and Recommendation (doc. 484). Objections were due on or before May 9, 2016. No objections were filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

                                                        s/ Gary A. Fenner
                                                       GARY A. FENNER, JUDGE
                                                       UNITED STATES DISTRICT COURT

DATED:  May 12, 2016